# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR DEOLEO,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 20-2301 |
| : | |
| **UNITED STATES LIABILITY** : | |
| **INSURANCE COMPANY,** : | |
| Defendant. : | |
| : | |

## ORDER

**AND NOW**, this 29th day of October, 2020, upon consideration of Defendant's Motion to Lift Stay in Part and to Set Schedule (Doc. No. 31), it is hereby **ORDERED** that the Defendant's Motion (Doc. No. 31) is **GRANTED IN PART**. The **CLERK OF COURT** shall **REMOVE** this case from the Civil Suspense File.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.