IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICTOR DEOLEO, : Civil Action
:
v. :
:
UNITED STATES LIABILITY : No.: 2:20-cv-02301-PD
INSURANCE COMPANY

ORDER

AND NOW, this 6th day of November 20 20, it is hereby

ORDERED that the application of __IIYA A. KOSTEN__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

✓ GRANTED.[1]

☐ DENIED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.