# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR DEOLEO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendant. | Case No. 2:20-cv-02301-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Paul S. Diamond, presiding |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Victor Deoleo hereby dismiss his claims in this action, in their entirety and without prejudice, against Defendant United States Liability Insurance Company, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

Dated: December 17, 2020

*/s/ Bradley K. King*

Bradley K. King (admitted *pro hac vice*)
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: 310-474-9111
Fax: 310-474-8585

Benjamin F. Johns
*BFJ@chimicles.com*
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: 610-642-8500
Fax: 610-649-3633

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Bradley K. King, counsel for Plaintiff, hereby certify that, on December 17, 2020, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was electronically served upon counsel of record for Defendant upon its filing through the Court's CM/ECF System.


Dated:  December 17, 2020          */s/ Bradley K. King*_____
                                   Bradley K. King