# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR DEOLEO,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 20-2301 |
| : | |
| **UNITED STATES LIABILITY** : | |
| **INSURANCE COMPANY,** : | |
| **Defendant.** : | |
| : | |

## ORDER

**AND NOW**, this 17th day of December, 2020, upon consideration of Plaintiff's Notice of Voluntary Dismissal (Doc. No. 50), it is hereby **ORDERED** that:

1. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED without prejudice**. See Fed. R. Civ. P. 41(a)(1)(A)(i);

2. Defendant's Motion to Dismiss (Doc. No. 44) is **DENIED** as moot; and

3. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.